IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARK STAAKE,

Plaintiff,

v. No. 26-cv-99-KG-GBW

DEPARTMENT OF CORRECTIONS, *et al.*,

Defendants.

ORDER OF DISMISSAL

THIS MATTER is before the Court following Plaintiff's failure to pay the initial partial filing fee in connection with his Prisoner Civil Rights Complaint, Doc. 1. Plaintiff was incarcerated when he initiated this proceeding and is proceeding *pro se.* By an Order entered July 31, 2026, the Court granted Plaintiff leave to proceed *in forma pauperis* and assessed an initial partial payment of $27.51, which is 20% of his average monthly deposits. (Doc. 3) (IFP Order). The initial payment is based on Plaintiff's inmate account statement and is required by statute where, as here, an inmate files a civil complaint. *See* 28 U.S.C. § 1915(b)(1). The IFP Order warns that failure to timely comply may result in the dismissal of this case without further notice. *See* (Doc. 3) at 2.

The payment deadline expired on August 31, 2026. Plaintiff did not pay the initial partial fee, show cause for such failure, or otherwise respond to the IFP Order, which was returned as undeliverable. *See* (Docs. 4 and 5). Plaintiff has also not provided an updated address as required by D.N.M. Local Civil Rule 83.6. Accordingly, the Court will dismiss the Complaint, Doc. 1, pursuant to Fed. R. Civ. P. 41(b) for "failure to prosecute [and] comply with the …

court's orders." *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003); *see also Cosby v. Meadors*, 351 F.3d 1324, 1327 (10th Cir. 2003) (When "a court order requires partial payments," Rule 41 "allow[s] a district court to dismiss the action for failure to comply with the order."). This dismissal is without prejudice to refiling. Plaintiff must file a new civil rights complaint and an updated motion to proceed *in forma pauperis* if he still seeks to prosecute his claims.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Prisoner Civil Rights Complaint (Doc. 1) is DISMISSED without prejudice pursuant to Fed. R. Civ. P. 41(b); and

2. The Court will enter a separate judgment closing this civil case.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.